1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EDUARDO MARTINEZ-MARTINEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) NO. 1:06-cr-00149 OWW
                                    )
12             Plaintiff,           ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE HEARING
13       v.                         ) AND ORDER
                                    )
14 EDUARDO MARTINEZ-MARTINEZ,       ) Date: June 27, 2006
                                    ) Time: 9:00 A.M.
15             Defendant.           ) Judge: Hon. Oliver W. Wanger
                                    )
16 _____  )

17

18       **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that **the status conference hearing in the above captioned matter**

20 **scheduled for May 31, 2006, may be continued to June 27, 2006, at 9:00 a.m.**

21       This continuance is at the request of defense counsel to provide the parties additional time for plea

22 negotiation and preparation of a plea agreement.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 25, 2006          By: /s/ Marianne A. Pansa
                                 MARIANNE A. PANSA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: May 25, 2006          By: /s/ Melody M. Walcott
                                 MELODY M. WALCOTT
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 EDUARDO MARTINEZ-MARTINEZ

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 26, 2006**            /s/ Oliver W. Wanger
emm0d6                               UNITED STATES DISTRICT JUDGE