DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EDUARDO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO MARTINEZ-MARTINEZ, <br><br> Defendant. | NO. 1:06-cr-00149 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER <br><br> Date: July 17, 2006 <br> Time: 9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing in the above captioned matter scheduled for June 27, 2006, may be continued to July 17, 2006, at 9:00 a.m.**

This continuance is at the request of defense counsel to provide the parties additional time for plea negotiation and preparation of a plea agreement.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                  McGREGOR W. SCOTT
United States Attorney

DATED: June 26, 2006              By:  /s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 26, 2006              By:  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
EDUARDO MARTINEZ-MARTINEZ

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 27, 2006**                  /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE